ERIE RAILROAD COMPANY, APPELLANT, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENT.

Argued October 27, 1931—Decided May 16, 1932.

For the appellant, *Hobart & Minard*.

For the respondents, *L. Edward Herrman* and *Charles Black*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.

ISAAC GOLDBERG, TRADING, ETC., RESPONDENT, v. WILLIAM B. MACKAY, JUDGE, ET AL., APPELLANTS.

Submitted October 30, 1931—Decided May 16, 1932.

For the respondent, *Filbert L. Rosenstein*.

For the appellants, *David L. Cole*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.

BENJAMIN SODOWICH, RESPONDENT, v. HENRY HEIMERT, JR., APPELLANT.

Submitted February 12, 1932—Decided May 16, 1932.

For the appellant, *Richard Spitz.*

For the respondent, *William L. Greenbaum.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.